**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Meghan R. Utrata                                                           CHAPTER 13
        Stephen B. Utrata II
            Debtor(s)                                                               BKY. NO. 16-18234 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
28 Dec 2021, 15:23:29, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322